# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KULWINDER MUTTI and KIRPAL MUTTI,<br><br>Plaintiffs,<br><br>v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES LLC, and WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,<br><br>Defendants. | CASE NO. C18-884RSM<br><br>ORDER GRANTING IN PART JOINT MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE |

This matter is before the Court on the parties' Joint Motion to Continue Trial Date and Amend Case Schedule. Dkt. #27. Trial is currently set for June 3, 2019. Dkt. #17. The parties want to continue settlement negotiations and indicate that any settlement involving a loan modification will require at least sixty days to finalize. Dkt. #27. On this basis, the Court finds good cause for a continuance of the trial date. The parties have not, however, demonstrated good cause for resetting various pre-trial deadlines which have already expired. The Court therefore will not reset deadlines which expired prior to the parties filing their joint motion.

ORDER – 1

Accordingly, the Court finds and ORDERS that the Joint Motion to Continue Trial Date and Amend Case Schedule (Dkt. #27) is GRANTED IN PART. The Clerk shall reset the trial date and specified deadlines as follows:

| | |
|---|---|
| **JURY TRIAL DATE** | **October 21, 2019** |
| Agreed pretrial order due | October 9, 2019 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | October 16, 2019 |

Dated this 14 day of May, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2