UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KULWINDER MUTTI and KIRPAL MUTTI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES LLC, and WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,<br><br>　　　　　Defendant. | No. C18-0884 RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF TRIAL, REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE, AND LEAVE TO CONDUCT LIMITED DISCOVERY |

This matter, having come before the Court upon the Stipulated Motion for Continuance of Plaintiffs Kulwinder Mutti and Kirpal Mutti (collectively, "Plaintiffs"), and Defendants Rushmore Loan Management Services LLC ("Rushmore"); and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Wilmington") (collectively, "Defendants"), and the Court having considered the same, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The stipulated Motion to Continue is GRANTED;

ORDER ON STIPULATED MOTION – 1

2. The Clerk shall reset the trial date to April 13, 2020, and reset pretrial dates as follows;

| | |
|---|---|
| **JURY TRIAL DATE:** | **April 13, 2020** |
| Agreed pretrial order due | April 1, 2020 |
| Trial briefs, proposed voir dire questions, jury instruction, neutral statement of the case, and trial exhibits due | April 8, 2020 |

3. The Court will, by further order, refer this matter to a Magistrate Judge for a judicial settlement conference to be completed by January 31, 2020;

4. The parties are granted leave to conduct limited discovery in the form of depositions of each plaintiff and of Rushmore.

DATED this 20th day of September 2019.

	*[signature]*
	RICARDO S. MARTINEZ
	CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED MOTION – 2